[No. 29055-0-I.    Division One.    September 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY JUDE
WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07760-4, James A. Noe, J., entered July 29,

1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Scholfield, J.